B6A (Official Form 6A) (12/07)

In re Debra V. Levine _____,   Case No. 15-26533 _____
                    **Debtor**                              (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| none | | | | |

Total► 

(Report also on Summary of Schedules.)

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
AUG 19 2015
JEFFREY P. ALLSTEADT, CLERK
PS REP. - DDS

B 6B (Official Form 6B) (12/07)

In re __Debra V. Levine_____,          Case No. __15-26533_____
                    **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | Cash | | 100.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | See attached list + _Metro Bank_ | | 875.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | LL Security Deposit | | 1,600.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Living Room Set, Dining Room Set, 2 Bedroom Sets, Kitchen Set, Chairs, Rugs, TV, Patio Furniture | | 1,100.00 |
| 5.  Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books, pictures, Art | | 2,000.00 |
| 6.  Wearing apparel. | | Necessary Wearing Apparel | | 1,000.00 |
| 7.  Furs and jewelry. | | 3 Fur Coats, Jewelry | | 1,000.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | Tennis Rackets, Bicycle, Photography Equipment | | 300.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | x | | | |
| 10.  Annuities. Itemize and name each issuer. | x | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s).  11 U.S.C. § 521(c).) | x | | | |

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
AUG 19 2015
JEFFREY P. ALLSTEADT, CLERK
PS REP. - DDS

B 6B (Official Form 6B) (12/07) -- Cont.

In re Debra V. Levine _____,          Case No. 15-26533 _____
             **Debtor**                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | JP Morgan Chase: Investment plan | | 75.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | DVL Law Offices | | 2,000.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | x | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | x | | | |
| 16. Accounts receivable. | | 638 W. Grace St., Chicago, IL 60613. | | 12,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | x | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | x | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | x | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | x | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | x | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re __Debra V. Levine_____,    Case No. __15-26533____
        **Debtor**                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | x | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | x | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | x | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2001 Ford Tauras (78K Miles) | | 2,200.00 |
| 26. Boats, motors, and accessories. | x | | | |
| 27. Aircraft and accessories. | x | | | |
| 28. Office equipment, furnishings, and supplies. | | 2 computers, 2 fried computers, 3 laptops, office suppliesl, desk, sofa, bookcases | | 1,200.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | x | | | |
| 30. Inventory. | x | | | |
| 31. Animals. | x | | | |
| 32. Crops - growing or harvested. Give particulars. | x | | | |
| 33. Farming equipment and implements. | x | | | |
| 34. Farm supplies, chemicals, and feed. | x | | | |
| 35. Other personal property of any kind not already listed. Itemize. | x | | | |

_____continuation sheets attached    Total▶    $        25,150.00
(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

# CHASE ⬡

Chase.com | Contact Us | Privacy Notice | En Español |        Search: How can we help you today? 🔍        LOG OFF

CHASE ONLINE℠  Wednesday, August 19, 2015

## Welcome DVL LAW OFFICES LLC

🖨 Print

📩 (4) Secure Message Center  |  Customize Accounts

debravlevine@yahoo.com | Last logged on at 2:45 PM ET on 08/16/2015 | See session summary

**Business and Personal**    Business Only    Personal Only

What can we
do better?

WE'RE LISTENING ▸

▸▸ Wire
Money

💲 Payroll

**Payments & Transfers**

Make a transfer

Pay bills

Wire money

Pay a Person using Chase
QuickPay℠

Chase Paymentech Sign-On

## Account Summary for DVL LAW OFFICES LLC

| Business Accounts | Present Balance |
|---|---|
| **DVL LAW OFFICES LLC** | |
| Deposit accounts | **$0.00** |

| Personal Accounts | Present Balance |
|---|---|
| **DEBRA VORHIES LEVINE** | |
| Deposit accounts | **$2.25** |
| Investments | **$75.05** |

Create a list of your favorite accounts

**Investing**

Symbol  Get Quote  Trade

Go to Planning & Retirement

Study the markets

**Customer Center**

Try Chase Mobile

Manage Account Alerts

Change my Password

Change mailing address, phone
and/or email

Stop payment on a check

Delegate with Access and Security
Manager

Go to Download Center

Go to Customer Center

## Business Accounts

### Deposit Accounts                                    Total balance: $0.00

| Account | | |
|---|---|---|
| **IOLTA ACCOUNT (...2937)** | Present balance | **$0.00** |
| | Available balance | $0.00 |
| See statements   Pay bills   Make a transfer   See routing/account numbers | | |
| **BUS SELECT HY SAV (...7226)** | Present balance | **$0.00** |
| | Available balance | $0.00 |
| See statements   Make a transfer   See routing/account numbers | | |

## Personal Accounts

### Bank Accounts                                    Total balance: $2.25

| Account | Available Balance 🛈 | Present Balance 🛈 |
|---|---|---|
| **CHASE PREMIER (...8941)** | $2.24 | **$2.24** |
| See activity   See statements   Pay bills   See routing/account numbers | | |
| **CHASE PLUS SAVINGS (...8134)** | $0.01 | **$0.01** |
| See activity   See statements   See routing/account numbers | | |

Learn more about your checking account options

## Investments*

As of 9:54 AM ET 8/19/2015  Refresh

Attachment

**Hide Details**

#### Chase Investments[3]

| Account | Change | Account Value |
|---|---|---|
| BROKERAGE RETIREMENT (...9898) | $0.00 (0.00%) | **$75.05** |

See portfolio     Trade     See documents

JPMorgan Chase Bank, N.A. Member FDIC        Security | Terms of Use | Legal Agreements and Disclosures
Equal Opportunity Lender

**\* Investment Disclosures**

[3]Securities (including mutual funds and variable annuities) and investment advisory services are offered through **J.P. Morgan Securities LLC** (JPMS) or affiliated brokers/dealers. Annuities and insurance products are provided by various insurance companies and offered through Chase Insurance Agency, Inc. (CIA), a licensed insurance agency, doing business as Chase Insurance Agency Services, Inc. in Florida. JPMS, a member of FINRA/NYSE/SIPC, and CIA are affiliates of JPMorgan Chase Bank, N.A. Products not available in all states. **The purchase of an insurance or annuity product is not a condition of any bank loan, service or product.** For further Investment Related Disclosures, please visit our Legal Agreements and Disclosures.

| INVESTMENT ACCOUNTS AND INSURANCE PRODUCTS ARE NOT A BANK DEPOSIT | NOT FDIC-INSURED | NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY | NOT GUARANTEED BY THE BANK | MAY LOSE VALUE |
|---|---|---|---|---|

The values presented for the accounts are determined nightly or when available. Values for most publicly traded securities are based on the price of assets at the close of the stock market each day. For assets not priced daily (e.g., priced on a weekly, monthly or sporadic interval), these values reflect the value of that interval's pricing. The information presented is obtained from sources believed to be reliable, without express or implied warranties as to completeness or accuracy. We expressly disclaim any liability for errors and omissions regarding this information.

The term "Market Value" or "Value" represents the total value of the positions held in the account, including the sum of the settled long market securities positions, plus the settled short market securities positions and the cash balances held in the account. The term "Market Value" or "Value" does not take into consideration any margin loans or other obligations of J.P. Morgan Securities LLC (JPMS), any of their affiliates or any third parties in connection with the account.

JPMorgan Chase Bank, N.A. strictly prohibits the use of any account to conduct any transactions that are directly or indirectly related to unlawful Internet gambling or any other illegal activity. The customer agrees not to conduct any transactions through the account that directly or indirectly involve or are related to unlawful Internet gambling, including, without limitation, the acceptance or receipt of any funds or deposits in connection therewith.

This is a link to a third party site as described in our Weblinking Practices. Note that the third party's privacy notice and security practices may differ from our standards. We assume no responsibility nor do we control, endorse, or guarantee any aspect of your use of the linked site.

© 2015 JPMorgan Chase & Co.

Attachment

B6C (Official Form 6C) (04/13)

In re Debra V. Levine _____,   Case No. 15-26533
_____ Debtor                                        (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                              $155,675.*
☐  11 U.S.C. § 522(b)(2)
☑  11 U.S.C. § 522(b)(3)

**F I L E D**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

AUG 19 2015

JEFFREY P. ALLSTEADT, CLERK
PS REP DDS

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---:|---:|
| Cash | 735 ILCS 5/12-1001(b) | 0.10 | 100.00 |
| Bank Accounts | 735 ILCS 5/12-1001(b) | 875.00 | 875.00 |
| LL Security Deposit | 735 ILCS 5/12-1001(b) | 1,600.00 | 1,600.00 |
| Household goods and furnishings | 735 ILCS 5/12-1001(b) | 1,100.00 | 1,100.00 |
| Books, pictures, art | 735 ILCS 5/12-1001(b) | 1,000.00 | 1,000.00 |
| Necessary Wearing Apparel | 735 ILCS 5/12-1001(a)(e) | 1,000.00 | 1,000.00 |
| 3 Fur Coats, jewelry | 735 ILCS 5/12-1001(b) | 1,000.00 | 1,000.00 |
| Tennis Rackets, bicycle, photography equipment | 735 ILCS 5/12-1001(b) | 300.00 | 300.00 |
| JP Morgan Chase; Investment Plan | 735 ILCS 5/12-1006 | 75.00 | 75.00 |
| DVL Law Offices | | 2,000.00 | 2,000.00 |
| Accounts Receivable | | 12,000.00 | 10,200.00 |

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6C (Official Form 6C) (04/13)

In re Debra V. Levine                                    ,     Case No. 15-26533
_____                        _____
                    *Debtor*                                              *(If known)*

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $155,675.*
☑  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 2001 Ford Tauras (78K mi.) | 735 ILCS 5/12 1001(c) | 2,500.00 | 2,200.00 |
| 2 computers, 2 fried computers, 3 laptops, etc | 735 ILCS 5/12 1001(d) | 1,200.00 | 1,200.00 |

*  *Amount subject to adjustment on 4/01/16, and every three years **thereafter** with respect to cases commenced on or after the date of adjustment.*

B 6D (Official Form 6D) (12/07)

In re Debra V. Levine                              ,        Case No. 15-26533
                    **Debtor**                                              **(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| _____ continuation sheets attached | | | Subtotal ▶ (Total of this page) | | | | $ | $ |
| | | | Total ▶ (Use only on last page) | | | | $ | $ |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
AUG 1 9 2015
JEFFREY P. ALLSTEADT, CLERK
PS REP. - DDS

B 6D (Official Form 6D) (12/07) – Cont.                                                          2

In re  Debra V. Levine                          ,     Case No.  15-26533
         **Debtor**                                              **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |

Sheet no._____of_____continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

Total(s) ▶
(Use only on last page)

$ _____   $ _____

$ _____   $ _____

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data )

B6E (Official Form 6E) (04/13)

In re  Debra V. Levine                          ,                    Case No. 15-26533
_____                              _____
                    *Debtor*                                                    *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."     If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

AUG 19 2015

JEFFREY P. ALLSTEADT, CLERK
U.S. BKP. CTS.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

_____
* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6E (Official Form 6E) (04/13) — Cont.

In re  Debra V. Levine                                    ,    Case No.  15-26533
_____                    _____
        *Debtor*                                                      *(if known)*


☐ **Certain farmers and fishermen**

  Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).


☐ **Deposits by individuals**

  Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).


☐ **Taxes and Certain Other Debts Owed to Governmental Units**

  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).


☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).


☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).


* *Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*


_____ continuation sheets attached

B6E (Official Form 6E) (04/13) – Cont.

In re   Debra V. Levine_____,    Case No.  15-26533_____
                    *Debtor*                              *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. ___ of ___ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▶ | $ | $ |
(Totals of this page)

Total▶ | $ |
(Use only on last page of the completed
Schedule E.  Report also on the Summary
of Schedules.)

Totals▶ | | $ | $ |
(Use only on last page of the completed
Schedule E.  If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07)

In re __Debra V. Levine_____,                     Case No. __15-26533_____
            **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO 2155<br><br>LTD Financial Services<br>7322 Southwest Freeway<br>Suite 1600<br>Houston, TX 77074-2053 | | | Collection for First National Credit Card<br>LTD Ref. No.<br>CA021506482<br>Notice Only | | | | |
| ACCOUNT NO. 0278<br><br>Chicago Ortho & Sports Medicine<br>P.O. Box 3179<br>Carol Stream, IL 60132-3179 | | | Medical<br>12/15 | | | | 404.00 |
| ACCOUNT NO.<br><br>Swedish Covenant Medial Group<br>7452 Solution Center<br>Chicago, IL60613 | | | Medical | | | | 25.96 |
| ACCOUNT NO 5426<br><br>Ann Taylor<br>P.O. Box 659705<br>San Antonio, TX 78265-9705 | | | Credit Card<br>Clothing | | | | 1,505.00 |

_16_ continuation sheets attached

Subtotal▶ $   1,934.96

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
AUG 19 2015
JEFFREY P. ALLSTEADT, CLERK
PS REP. - DDS

B 6F (Official Form 6F) (12/07)

In re Debra V. Levine _____ ,    Case No. 15-26533
_____
                    **Debtor**                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Scalon Law Office<br>1750 North Wells Street,<br>Suite 205<br>Chicago, IL 60614 | | | Legal Services<br>11/5/14-4/30/15 | | | | 1,775.00 |
| ACCOUNT NO. 5370<br>Bank of America<br>P.O. Box 85100<br>Dallas, TX 75285-1001 | | | Credit Card<br>Primarily Business<br>2003-4/7/15 | | | | 16,984.00 |
| ACCOUNT NO. 9614<br>Bank of America<br>P.O. Box 85100<br>Dallas, TX 75285-1001 | | | Credit Card<br>2003-4/7/15 | | | | 5,606.00 |
| ACCOUNT NO.<br>Bank of America<br>P.O. Box 85100<br>Dallas, TX 75285-1001 | | | Credit Card<br>2003-4/7/15 | | | | 3,500.00 |
| | | | | | Subtotal▶ | $ | 27,865.00 |
| | | | | | Total▶ | $ | |

# 2
_____ continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Debra V. Levine                              ,        Case No.  15-26533
_____        _____
**Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4404<br><br>Capital One Bank<br>P.O. Box 6492<br>Carol Stream, IL  60197-6492 | | | Credit Card<br>2000-4/18/15<br>Charged Off | | | | 7,500.00 |
| ACCOUNT NO. 0418<br><br>Capital One Bank<br>P.O. Box 6492<br>Carol Stream, IL  60197-6492 | | | 2000-3/18/15 | | | | 2,500.00 |
| ACCOUNT NO. 5230<br><br>Capital One Bank<br>P.O. Box 6492<br>Carol Stream, IL  60197-6492 | | | 2000-4/18/15 | | | | 907.00 |
| ACCOUNT NO.<br><br>Dan Mirjanich, CPA<br>CompuAccounting, Ltd.<br>23 S. River Rd-Suite 116<br>Des Plaines, IL  60618 | | | 2009 to present | | | | 2,500.00 |
| ACCOUNT NO.<br><br>N. Patel, MD<br>SBSQ Hospital | | | Claims Emergency Room Visit on10/1/14, refered by Dr. Mary Fry, but I did not even meet her until 11/5/15 | | x | | 208.00 |

Sheet no. __3__ of __17__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  13,615.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07)

In re  Debra V. Levine                                        ,          Case No.  15-26533
                        Debtor                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9824 <br><br> Assurant Health <br> P.O. Box 624 <br> Milwaukee, Wi 53201-0624 | | | Insurance <br> 2011-12/30/15 | | | | 0.00 |
| ACCOUNT NO. 083-9 <br><br> Blue Cross and Blue Shield of Illinois <br> P.O. Box 3239 <br> Naperville, IL 60566-7240 | | | Insurance <br> 12/30/14- | | | | 2,500.00 |
| ACCOUNT NO. 7441 <br><br> First Insurance Funding <br> P.O. Box 66468 <br> Chicago, Illinois 60666-0468 | | | Insurance <br> 8/14 until after 12/6/14 | | | | 800.00 |
| ACCOUNT NO. 0160 <br><br> Fabian Carbonell, MD SC <br> 4250 N. Marine Drive <br> Suite 236 <br> Chicago, IL 60613 | | | Medical <br> 11/5/14 to present | | | | 2,500.00 |

4 of 17

_____ continuation sheets attached

Subtotal▶  $   5,800.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Debra V. Levine                                    ,          Case No.   15-26533
_____                                _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7001<br><br>JP Morgan Chase Bank, N.A.<br>Porfolio Management Center<br>AZ1-1004<br>P.O. Box 29550<br>Phoenix, AZ 85038 | | | Business Loan<br>2009? to 7/3/2015 | | | | 48,488.00 |
| ACCOUNT NO. 2155<br><br>**First National Credit Card<br>P.O. Box 2496<br>Omaha, NE 68103** | | | Credit Card<br>1995-4/8/15 | | | | 2,237.00 |
| ACCOUNT NO.<br><br>LTD Financial Services Limited Partnership<br>7322 Southwest Freeway<br>Suite 1600<br>Houston, TX 77074-2053 | | | Collection<br>for First National Credit<br>Card<br>Service Only | | | | |
| ACCOUNT NO.<br><br>Monadnock Building, Inc.<br>53 W. Jackson Blvd.<br>Suite 850<br>Chicgao, IL 60606 | | | 2005 to 12/15/14<br>Office Rent | | | x | 13,500.00 |
| ACCOUNT NO. 0083<br><br>Pacer<br>7550 Interstate<br>10 West<br>San Antonio, TX 78229 | | | ECF<br>1999-Present | | | | 226.00 |

Sheet no. _5_ of _17_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $  64,451.00

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07)

In re Debra V. Levine _____ ,    Case No. 15-26533
_____
Debtor                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Great Lakes <br> P.O. Box 3059 <br> Milwaukee, WI 53201-3059 | | | Student Loans <br> 1993 to present | | | | 56,000.00 |
| ACCOUNT NO. 9874 <br> **RCN** <br> **P.O Box 1816** <br> **Newark, NJ 07101-8116** | | | Cable Television <br> 2011-7/15 | | | x | 1,600.00 |
| ACCOUNT NO. <br> United Recovery System, LP <br> P.O. Box 77292 <br> Houston, TX 77272-2929 | | | Collection for RCN <br> Notice Only | | | | |
| ACCOUNT NO. 1108 <br> Chase Cardmember Services <br> P.O. Box 15153 <br> Wilmington, DE 19886-5153 | | | Credit Card <br> Primarily Business | | | | 4,500.00 |

*6 of 17*

_____ continuation sheets attached

Subtotal➤  $  62,100.00

Total➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Debra V. Levine _____,    Case No.  15-26533 _____
          **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7-001 <br> Northwestern Memorial Hospital <br> P.O. Box 73690 <br> Chicago, IL 60673-7690 | | | Medical | | | | 295.00 |
| ACCOUNT NO. <br> Northwestern Memorial Hospital <br> P.O. Box 73690 <br> Chicago, IL 60673-7690 | | | Medical <br> Radiology | | | | 516.00 |
| ACCOUNT NO. <br> **Northwestern Memorial Hospital** <br> **P.O. Box 60673-7690** | | | Medical | | | | 235.00 |
| ACCOUNT NO. <br> Harris & Harris <br> 111 W. Jackson Blvd. <br> Suite 400 <br> Chicago, IL 60604-4135 | | | Collection NU <br> Notice Only | | | | |
| ACCOUNT NO. <br> Harris & Harris <br> 111 W. Jackson Blvd. <br> Suite 400 <br> Chicago, IL 60604-4135 | | | Collection NU <br> Notice Only <br> 24758432 | | | | |

Sheet no. 7 of 17 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 1,046.00

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07)

In re  Debra V. Levine                              ,          Case No.  15-26533
                    Debtor                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Northwestern Medical Foundation 38693 Eagle Way Chicago, IL  60678-1386 | | | Medical | | | | 235.00 |
| ACCOUNT NO. Presence Medical Group 19 Mollison Way Lewiston, ME 04240-5805 | | | Medical 11/5/14 | | | | 2,000.00 |
| ACCOUNT NO. Presense St. Joseph Hospital Patient Financial Services 621 17th Street Suite 1800 Denver, CO 80293 | | | Medical 11/5/14 | | | | 780.00 |
| ACCOUNT NO. Presense St. Joseph Hospital Patient Financial Services 621 17th Street Suite 1800 Denver, CO 80293 | | | Medicial 11/5/14 | | | | 110.00 |

8 of 17

_____ continuation sheets attached

Subtotal ► | $  3,125.00

Total ► | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

**In re** Debra V. Levine        ,     **Case No.** 15-26533
       **Debtor**                             **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3122<br><br>Merchants Credit Guide Co.<br>233 Jackson Blvd.<br>Suite 700<br>Chicago, IL 60606 | | | Midwest Imaging Professionals, LLC at St. Joseph Hospital 08-150363122 11/5/14 | | | | 36.00 |
| ACCOUNT NO.<br><br>Presence Health<br>Presence St. Joseph Hospital<br>Patient Financial Services<br>621 17th Street<br>Suite 1800<br>Denver, CO 80293 | | | Medical 11/5/14 | | | | 130.00 |
| ACCOUNT NO.<br><br>Creditors Collection Bureau, Inc.<br>P.O. Box 63<br>Kankakee, IL 609-0063 | | | Collectors for Presence St. Joseph Hospital File #5535896 | | | | 708.00 |
| ACCOUNT NO.<br><br>Creditors Collection Bureau<br>P.O. Box 63<br>Kankakee, IL 60901-0063 | | | Presence Medical Group File # 792918 | | | | 202.00 |
| ACCOUNT NO.<br><br> | | | | | | | |

Sheet no. _9_ of _17_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $      1,076.00

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Debra V. Levine _____,        Case No.  15-26533
                    **Debtor**                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5426<br><br>**Comity Bank**<br>P.O. Box 1822<br>Columbus, Ohio | | | Collection for Ann Taylor<br>Notice Only<br>6/22/15 | | | | |
| ACCOUNT NO. 9965<br><br>**People's Gas**<br>P.O. Box 19100<br>Chicago, IL 4013 | | | Utility | | | | 120.00 |
| ACCOUNT NO. 8671<br><br>Thompson Reuters-West<br>Payment Center<br>P.O. Box 6202<br>Carol Stream, IL 60197-6292 | | | Web-Site and Books | | | | 13,920.00 |
| ACCOUNT NO.<br><br>Michael T. Edmund<br>Attorney for Plaintiff<br>150 South Fifth Street St.<br>Suite 1200<br>Minneapolis, MN  55402-4129 | | | Collection for West<br>Publishing | | | | |
| ACCOUNT NO.<br><br>Moss & Barnett<br>Michael T. Edmund<br>150 South Fifth St.<br>Suite 1200<br>Minneapolis, MN  55402-4129 | | | Collection for West<br>Publishing d/b/a<br>Thompson-Reuters West<br>Notice Only | | | | |

Sheet no. _10_ of _17_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ 14,040.00

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07)

In re  Debra V. Levine                              ,        Case No.  15-26533Ci
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9510 Cisco, Inc. P.O. Box 801088 Houston, TX 77260-1088 | | | Collection for West | | | | 177.00 |
| ACCOUNT NO. 4459 Ice Mountain Direct #215 661 Dixie Hwy, Suite 4 Louisville, KY 40258 | | | Water | | | | 130.00 |
| ACCOUNT NO. 0565 Quil.com P.O. Box 37600 Philadelpia, PA 191-0600 | | | Office Supplies | | | | 80.00 |
| ACCOUNT NO. 0314 Merrill Corporation Legal, Inc 311 South Wacker Dr. Suite 300 Chicago, IL 60606 | | | Transcript | | | x | 161.00 |

*14 of 17*

_____ continuation sheets attached

|  | Subtotal➤ | $ | 548.00 |
|---|---|---|---|
|  | Total➤ | $ |  |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Debra V. Levine                              ,          Case No.  15-26533Ci
                 **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Katrina A. Cox<br>3365 S. Union Street #1<br>Chicago, IL 60616 | | | Coverage Attorney | | | | 150.00 |
| ACCOUNT NO.<br>Ruddy & King, LLC<br>2631 Ginger Woods Pky<br>Suite 101<br>Aurora, IL 60502 | | | Coverage Attorney | | | x | 1,000.00 |
| ACCOUNT NO.<br>Zia Llic Ltd.<br>180 N. LaSalle St.<br>Suite 3700<br>Chicago, IL60601 | | | Coverage Attorney | | | | 200.00 |
| ACCOUNT NO.<br>NLO Nelson Law Office<br>53 W. Jackson Blvd.<br>Suite 430<br>Chicago, IL 60606 | | | Coverage Attorney | | | | 700.00 |
| ACCOUNT NO.<br>Joeseph Finn<br>E.L. Johnson Investigations, Inc.<br>53 W. Jackson Blvd.<br>Suite 915<br>Chicago, IL 60604 | | | Investigators | | | | 985.00 |

Sheet no. 12 of 17 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 3,035.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07)

In re Debra V. Levine _____, Case No. 15-26533
          Debtor                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO 096408A<br><br>City of Chicago<br>Department of Revenue<br>P.O. Box 88298<br>Chicago, IL 60608-1298 | | | Parking Violation<br>8/10/15<br>9189136685 | | | x | 100.00 |
| ACCOUNT NO.<br><br>Home Depot<br>1232 North Ave.<br>Chicago, IL 60642 | | | Home Goods<br>12/15 | | | | 400.00 |
| ACCOUNT NO.<br><br>Pathology CHP, S.C.<br>P.O. Box 1509<br>Elgin, IL 60121-1509 | | | Medical<br>6/21/15 | | | | 172.00 |
| ACCOUNT NO.<br><br>Christina Banyon<br>15387 Silver Bell Road<br>Orland Park, IL 60462 | | | Coverage Attorney<br>5/15 | | | | 150.00 |

13 of 17

_____ continuation sheets attached

Subtotal▶ $ 822.00

Total▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07)

Case No. 15-26533 _____
                        (if known)

In re Debra V. Levine _____,
              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 19801<br>National Asset Manager, LLC<br>P.O. Box 840<br>Moon Twp., PA  15108 | | | Collection for Quest Diagnostics<br>11/4/14 | | | | 225.00 |
| ACCOUNT NO. 0224<br>At&t<br>P.O. Box 5014<br>Carol Stream, IL  60197-5014 | | | 12/3/14<br>Business Line | | | | 677.00 |
| ACCOUNT NO.<br>Firefly Network Services<br>353 N. Clark Street<br>Suite 1800<br>Chicago, IL  60654 | | | 6/17/14 | | | | 1,086.00 |
| ACCOUNT NO.<br>Kelly Johnson<br>2364 Essington Road #475<br>Joliet, IL  60435 | | | Coverage Attorney<br>10/17/14 | | | | 1,775.00 |
| | | | | | Subtotal▶ | $ | 3,763.00 |
| | | | | | Total▶ | $ | |

14 of 17

_____continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re Debra V. Levine                              ,          Case No. 15-26533
                 **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO 09-31485 <br> Robert Gacuta | | | Civil Judgment | | | | 800.00 |
| ACCOUNT NO. 11-04626 <br> Melanie Sharpe | | | Civil Judgment | | | | 3,500.00 |
| ACCOUNT NO. 11-17734 <br> Jennifer & Israel Cal | | | Civil Judgment | | | | 1,500.00 |
| ACCOUNT NO. 13-08882 <br> Francisco & Maria Navarro | | | Civil Judgment | | | | 3,500.00 |
| ACCOUNT NO 13-18697 <br> Suburban West Properties | | | Civil Judgment | | | | 700.00 |

Sheet no. 15 of 17 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 10,000.00

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Debra V. Levine                              ,          Case No.  15-26533
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 14-09245 Muriel & Michael Jenkins | | | | | | | 500.00 |
| ACCOUNT NO. 14-10038 Jessie Rodriguez | | | | | | | 500.00 |
| ACCOUNT NO. 14-12702 Mark & Trina Coleman | | | | | | | 615.00 |
| ACCOUNT NO. 14-28626 Edward & Doris Stasierowski | | | | | | | 1,165.00 |
| ACCOUNT NO. 14-29267 Robert Murphy | | | | | | | 630.00 |

Sheet no. _16_ of _17_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $ 3,410.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re Debra V. Levine _____,        Case No. 15-26533 _____
         **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 14-35486 <br><br> Steve & Beatrice Parker | | | Civil Judgment | | | | 1,200.00 |
| ACCOUNT NO 14-38701 <br><br> Sandra Rosas | | | Civil Judgment | | | | 1,500.00 |
| ACCOUNT NO. <br><br> Carol McGinnis | | | | | | | 1,000.00 |
| ACCOUNT NO. <br><br> Elizabeth Passmore | | | | | | | 300.00 |
| ACCOUNT NO. <br><br> | | | | | | | |

Sheet no. 17 of 17 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 4,000.00

Total▶ $ 220,580.96
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6G (Official Form 6G) (12/07)

In re  Debra V. Levine                              ,        Case No.  15-26533
                    **Debtor**                                                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| | F I L E D<br>UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF ILLINOIS<br>AUG 1 9 2015 |
| | JEFFREY P. ALLSTEADT, CLERK<br>PS REP. - DDS |
| | |
| | |
| | |

B 6H (Official Form 6H) (12/07)

In re _Debra V. Levine_____ ,          Case No. _15-26533_____
                **Debtor**                                              **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

AUG 1 9 2015

JEFFREY P. ALLSTEADT, CLERK
PS REP. - DDS

B 6G (Official Form 6G) (12/07)

In re Debra V. Levine _____,      Case No. 15-26533 _____
_____                                    (if known)
         Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare
interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or
lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If
a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent
or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and
Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | F I L E D<br>UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF ILLINOIS<br><br>AUG 1 9 2015<br><br>JEFFREY P. ALLSTEADT, CLERK<br>PS REP. - DDS |
| | |
| | |
| | |
| | |

**Fill in this information to identify your case:**

Debtor 1    Debra                V.                Levine
             First Name           Middle Name       Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name       Last Name

United States Bankruptcy Court for the:   Northern District of Illinois

Case number   15-26533
(If known)

Check if this is:

☐ An amended filing

☑ A supplement showing post-petition chapter 13 expenses as of the following date:
08/17/2015
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

AUG 1 9 2015

JEFFREY P. ALLSTEADT, CLERK
PS REP. - DDS

1. **Is this a joint case?**

☑ No.  Go to line 2.
☐ Yes. Does Debtor 2 live in a separate household?

☐ No
☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☑ No
☐ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

☑ No
☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I.)

Your expenses

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.

4.  $ _____1,650.00

If not included in line 4:

4a.  Real estate taxes                                             4a.  $ _____

4b.  Property, homeowner's, or renter's insurance                 4b.  $ _____

4c.  Home maintenance, repair, and upkeep expenses                4c.  $ _____

4d.  Homeowner's association or condominium dues                  4d.  $ _____

Debtor 1   Debra _____ V. _____ Levine _____
　　　　　First Name　　　Middle Name　　　Last Name

Case number (if known) 15-26533

**Your expenses**

5. **Additional mortgage payments for your residence**, such as home equity loans
5. $_____

6. **Utilities:**

  6a. Electricity, heat, natural gas
6a. $_____ 100.00

  6b. Water, sewer, garbage collection
6b. $_____

  6c. Telephone, cell phone, Internet, satellite, and cable services
6c. $_____ 150.00

  6d. Other. Specify: _____
6d. $_____

7. **Food and housekeeping supplies**
7. $_____ 400.00

8. **Childcare and children's education costs**
8. $_____

9. **Clothing, laundry, and dry cleaning**
9. $_____ 100.00

10. **Personal care products and services**
10. $_____ 30.00

11. **Medical and dental expenses**
11. $_____ 300.00

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.
12. $_____ 450.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**
13. $_____

14. **Charitable contributions and religious donations**
14. $_____

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

  15a. Life insurance
15a. $_____

  15b. Health insurance
15b. $_____ 400.00

  15c. Vehicle insurance
15c. $_____ 100.00

  15d. Other insurance. Specify: _____
15d. $_____

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____
16. $_____

17. **Installment or lease payments:**

  17a. Car payments for Vehicle 1
17a. $_____

  17b. Car payments for Vehicle 2
17b. $_____

  17c. Other. Specify: _____
17c. $_____

  17d. Other. Specify: _____
17d. $_____

18. **Your payments of alimony, maintenance, and support that you did not report as deducted
from your pay on line 5, *Schedule I, Your Income* (Official Form B 6I).**
18. $_____

19. **Other payments you make to support others who do not live with you.**
Specify: _____
19. $_____

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

  20a. Mortgages on other property
20a. $_____

  20b. Real estate taxes
20b. $_____

  20c. Property, homeowner's, or renter's insurance
20c. $_____

  20d. Maintenance, repair, and upkeep expenses
20d. $_____

  20e. Homeowner's association or condominium dues
20e. $_____

Debtor 1    Debra                    V.                  Levine
        First Name        Middle Name        Last Name

Case number (*if known*) 15-26533

21. **Other**. Specify: _____

21. +$ _____

22. **Your monthly expenses.** Add lines 4 through 21.
The result is your monthly expenses.

22. $ _____ 3,680.00

23. **Calculate your monthly net income.**

23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.

23a. $ _____ 2,000.00

23b. Copy your monthly expenses from line 22 above.

23b. − $ _____ 3,680.00

23c. Subtract your monthly expenses from your monthly income.
The result is your *monthly net income*.

23c. $ _____ -1,680.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.    Explain here: